SO ORDERED.

Dated: October 28, 2010

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-27294

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: | No. 2:10-BK-30120-RTB |
|---|---|
| Angela Kaye Alleman<br>      Debtor. | Chapter 7 |
| Wells Fargo Bank, N.A.<br>      Movant,<br>vs. | ORDER<br><br>(Related to Docket #9) |
| Angela Kaye Alleman, Debtor, Dale D. Ulrich, Trustee.<br><br>      Respondents. | |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated January 16, 2008 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Angela Kaye Alleman has an interest in, further described as:

Parcel No. 1:

The South Half of the Southeast quarter of the Southeast quarter of the Northeast quarter of Section 4 Township 5 North, Range 3 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona;

EXCEPT the East 210.00 feet thereof; and

EXCEPT the West 155.00 feet thereof; and also

EXCEPT all coal an other mineral as reserved in the patent.

Parcel No. 2:

An undivided 1/ interest in and to a well site being described as follows:

The North 4.00 feet of the South 286.00 feet of the East 22.00 feet of the West 155.00 feet of the South half of the Southeast quarter of the Southeast quarter of the Northeast quarter of Section 4 Township 5 North, Range 3 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona.

EXCEPT all coal and other minerals as reserved in the patent.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.